DORVILLE CORPORATION, Appellant, *v.* JOHN E. JACKSON, Respondent, et al., Defendants.

Argued March 3, 1953; decided April 16, 1953.

666

*Edwin Longcope* for appellant.

*Henry Cohen* and *Richard E. Colby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.